AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Damari Mykel Roulhac | ) | Case No. 3:16mj54 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2016__ in the county of __Pike__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a)(1); and | Assault on a U.S. National Park Ranger |
| 18 U.S.C. 7(3) and 13 | Fleeing a lawful stop and arrest. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dustin Gunderson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/05/2016__

_____
*Judge's signature*

City and state: __Scranton, PA__     Karoline Mehalchick, U.S. Magistrate Judge
*Printed name and title*