UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  : No. 3:16-CR-192
v.                                :
                                  : (Judge          )
DAMARI MYKEL ROULHAC,             :
                    Defendant     :

INDICTMENT

FILED
SCRANTON
JUL 20 2016
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT ONE
Assault of a Law Enforcement Official
18 U.S.C. § 111(a)(1)

On or about July 1, 2016, in the Middle District of Pennsylvania, the defendant,

DAMARI MYKEL ROULHAC,

willfully and forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, namely, a National Park Service Ranger, while the National Park Service Ranger was engaged in the performance of his official duties, with such acts of the defendant

1

involving physical contact to the National Park Service Ranger.

In violation of Title 18, United States Code, Section 111(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO
Fleeing from a Law Enforcement Official
18 U.S.C. §§ 7(3) and 13

On or about July 1, 2016, in the Middle District of Pennsylvania, the defendant,

DAMARI MYKEL ROULHAC,

at the Delaware Water Gap National Recreation Area, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, while the driver of a motor vehicle, that is, an orange Chevrolet Cobalt sedan, upon a roadway within the Delaware Water Gap National Recreation Area, did willfully fail and refuse to bring his vehicle to a stop when given visual and audible signals to bring the vehicle to a stop by a law enforcement official, and did flee and attempt to elude pursing law enforcement officials, in violation 75 Pa. C. S. §3733 of the Commonwealth of Pennsylvania.

All in violation of Title 18, United States Code, Sections 7(3) and 13.

A TRUE BILL



FOREPERSON

Date: 7-19-16

PETER J. SMITH
United States Attorney

By: 

PHILLIP J. CARABALLO
Assistant United States Attorney